TIMOTHY D. BARROW, ESQ.
148 Main Street
Lebanon, New Jersey 08833
(908) 236-2229
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| ASPEN AMERICAN INSURANCE COMPANY, | CIVIL ACTION: 17-05281 (ES)(JAD) |
| Plaintiff, | STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT TOTAL QUALITY LOGISTICS, LLC PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i) |
| vs. | |
| TOTAL QUALITY LOGISTICS, LLC, and AMERIE INC., | |
| Defendants. | |

---

PLEASE TAKE NOTICE that settlement agreement has been reached between Plaintiff ASPEN AMERICAN INSURANCE CO., and Defendant TOTAL QUALITY LOGISTICS, LLC, and that Plaintiff's counsel hereby stipulates and agrees to the voluntary dismissal of the Complaint *with prejudice* against Defendant TOTAL QUALITY LOGISTICS, LLC **only**.

Defendant AMERIE INC. has not appeared in this action as of the date of filing of the within Voluntary Dismissal and remains in default; thereby allowing for termination of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) against Defendant TOTAL QUALITY LOGISTICS, LLC.

Dated: March 13, 2018
Lebanon, New Jersey

s/ Timothy D. Barrow
TIMOTHY D. BARROW
Attorney for Plaintiff

So Ordered –
Joseph Falos, USDJ
3/15/18