Not for Publication

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASPEN AMERICAN INSURANCE COMPANY, | Civil Action No. 17-5281 (ES) (JAD) |
| Plaintiff, | |
| v. | ORDER |
| TOTAL QUALITY LOGISTICS, LLC, and AMERIE INC., | |
| Defendants. | |

**SALAS, DISTRICT JUDGE**

Before the Court is Plaintiff Aspen American Insurance Company's ("Plaintiff") motion for default judgment, (*see* D.E. No. 23); and the Court having considered Plaintiff's submissions and having decided the matter without oral argument, *see* Fed. R. Civ. P. 78(b); and for the reasons stated in the accompanying Opinion,

IT IS on this 20th day of March 2019,

**ORDERED** that Plaintiffs' motion for default judgment (D.E. No. 23), is GRANTED; and it is further

**ORDERED** that that Default Judgment is entered against Defendant Amerie Inc. in the amount of $7,601.36, representing the principal of $7,201.36 and the taxed costs of $400.00; Plaintiff may also recover post-judgment interest at the prevailing official rate that shall accrue from the entry date of this Order; and it is further

**ORDERED** that the Clerk of the Court CLOSE this matter.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**